THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL THOMAS THRASHER,

Petitioner,

v.

DEAN MASON,

Respondent.

CASE NO. C14-1632-JCC-BAT

ORDER OF DISMISSAL

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. No. 7), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 8), and the remaining record, finds and Orders as follows:

1.      The Report and Recommendation is ADOPTED;

2.      Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. No. 7) is DISMISSED with prejudice;

3.      Petitioner is DENIED issuance of a certificate of appealability;

4.      Petitioner's application to proceed in forma pauperis is DENIED as moot; and

5.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER OF DISMISSAL
PAGE - 1

DATED this 10th day of December 2014.


John C. Coughenour
UNITED STATES DISTRICT JUDGE